# United States Court of Appeals
## For the First Circuit

No. 24-2108

LUCIO IVALDO CABRAL FORTES TOMAR,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: December 12, 2024

Petitioner's motion to procced in forma pauperis is granted.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Maria Sing-Yi Hwang
Virginia M. Lum
Anthony Paul Nicastro
Bernard Joseph
Oil