# United States Court of Appeals
## For the First Circuit

No. 24-2108

LUCIO IVALDO CABRAL FORTES TOMAR,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

### ORDER OF COURT

Entered: April 4, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by petitioner Lucio Ivaldo Cabral Fortes Tomar on March 27, 2025, is not in compliance with the following Local Rule of this court:

- **1st Cir. R. 28.0(b)**, requiring that the addendum begin with a table of contents identifying the page at which each part begins. *The table of contents on "pp. iii-iv" of the brief references the contents of the addendum, however the addendum located in the rear of the brief is required to begin with a table of contents.*

Petitioner Lucio Ivaldo Cabral Fortes Tomar is ordered to file a conforming brief by **April 11, 2025**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for respondent's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Maria Sing-Yi Hwang, Virginia M. Lum, Robert Dale Tennyson, Jr., Oil, Tiffany J. Lieu, Alexandra Arnold