# United States Court of Appeals
## For the First Circuit

No. 24-2108

LUCIO IVALDO CABRAL FORTES TOMAR,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: April 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Virginia M. Lum as counsel for Respondent Pamela J. Bondi is granted. Attorney Lum is hereby withdrawn as counsel of record, and Respondent will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Maria Sing-Yi Hwang
Virginia M. Lum
Robert Dale Tennyson, Jr.
Oil
Tiffany J. Lieu
Alexandra Arnold