# United States Court of Appeals
## For the First Circuit

No. 24-2108

LUCIO IVALDO CABRAL FORTES TOMAR,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

**ORDER OF COURT**

Entered: May 6, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for respondent Pamela J. Bondi to file a brief be enlarged to and including **May 19, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Maria Sing-Yi Hwang
Robert Dale Tennyson, Jr.
Oil
Tiffany J. Lieu
Alexandra Arnold