# United States Court of Appeals
## For the First Circuit

––––––––––––––––––––

No. 24-2108

LUCIO IVALDO CABRAL FORTES TOMAR,

Petitioner,

v.

PAMELA J. BONDI,
Attorney General,

Respondent.

––––––––––––––––––––

**JUDGMENT**

Entered: January 23, 2026

This cause came on to be heard on a petition for review of an order of the Board of Immigration Appeals and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The petition for review is granted, the order of the Board of Immigration Appeals is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Garry D. Malphrus, Chief Clerk, Board of Immigration Appeals, Maria Sing-Yi Hwang, Nancy Ellen Friedman, Robert Dale Tennyson Jr., Oil, Tiffany J. Lieu, Alexandra Arnold