# United States Court of Appeals
## For the First Circuit

No. 24-2108

LUCIO IVALDO CABRAL FORTES TOMAR,

Petitioner,

v.

PAMELA J. BONDI, Attorney General,

Respondent.

### MANDATE

Entered: March 17, 2026

In accordance with the judgment of January 23, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Garry Malphrus, Chief Clerk, United States Board of Immigration Appeals
Alexandra Arnold
Lucio Ivaldo Cabral Fortes Tomar
Nancy Ellen Friedman
Maria Sing-Yi Hwang
Tiffany J. Lieu
Oil
Robert Dale Tennyson, Jr.